UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-163-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HUGH M. DYSON | ORDER |

On motion of the Defendant, Hugh M. Dyson, and for good cause shown, it is hereby ORDERED that [DE-25] be sealed until further notice by this Court. The grounds for this Order are found at [DE-25].

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 19 day of February, 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE