PS-8
8/88

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. HUGH MONROE DYSON            Docket No. 5:16-CR-163-1D

## Petition for Action on Conditions of Pretrial Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, HUGH MONROE DYSON, who was placed under pretrial release supervision by the Honorable James C. Dever III, Chief U.S. District Judge, sitting in the Court at Raleigh, on the 17th day of August, 2016.

The defendant appeared before James C. Dever III, the Chief U.S. District Judge for arraignment on the 17th day of August, 2016, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 14, 2017, the defendant submitted a urine sample that tested positive for Hydrocodone and Hydromorphone. On March 22, 2017, the defendant admitted to the probation officer that his wife provided a tablespoon of his wife's medication, Hydrocodone-Chlorphen the night before to assist in his cough. The defendant provided a copy of the script of his wife's medication to the probation office which is consistent with the positive drug screen.

**PRAYING THAT THE COURT WILL ORDER** for the defendant to continue under his existing conditions as this is his first violation since his release on bond. The probation office will notify the court if there are any further violations and random drug screens will be provided to monitor compliance with his conditions.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                /s/ Amir A. Hunter
Jeffrey L. Keller                    Amir A. Hunter
Supervising U.S. Probation Officer      U.S. Probation Officer
                                                  310 New Bern Avenue, Room 610
                                                  Raleigh, NC 27601-1441
                                                  Phone: 919.861.8663
                                                  Executed On: March 23, 2017

**ORDER OF THE COURT**
Considered and ordered the 27 day of March, 2017, and ordered filed and made part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
Chief U.S. District Judge