UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-163-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL D.E. 49** |
| | ) | |
| HUGH M. DYSON | ) | |

This matter is before the Court upon an unopposed motion by the United States to seal Docket Entry 49. For good cause shown, the Government's motion is GRANTED. The Clerk is directed to seal Docket Entry 49 until further order of court.

SO ORDERED, this __5__ day of __June__, 2017.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE