IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16CR00163-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| HUGH MONROE DYSON, ) | ORDER TO UNSEAL |
| Defendant, ) | |
| v. ) | |
| COASTAL FEDERAL CREDIT UNION, ) | |
| Garnishee. ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #76], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #92, 92-1], and the Answer of Garnishee [D.E. 99] in the above-captioned case be unsealed.

This the **31** day of **August**, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE